STATE of Missouri, Respondent,

v.

**Dajuan BROWN, Appellant.**

**No. ED 102868**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: March 22, 2016

For Appellant: John K. Tucci, 720 Olive Street, Suite 1600, St. Louis, Missouri 63101.

For Respondent: Chris Koster, Christine Lesicko, P.O. Box 899, Jefferson City, Missouri 65102.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM

Dajuan Brown appeals his convictions following a jury trial in the Circuit Court of the City of St. Louis of one count of first-degree robbery and one count of armed criminal action. In his two points on appeal, Brown contends that the trial court erred (1) by admitting in- and out-of-court identifications of him the reliability of which was tainted by impermissibly suggestive pretrial identification procedures, and (2) by overruling his challenge under *Batson v. Kentucky,* 476 U.S. 79 (1986), to the State's peremptory strike of a potential juror. We affirm.

We have concluded that an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).